Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
SBN: 210248

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DIRECTV, INC., A CALIFORNIA CORPORATION | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV10-2743 AHM (RZx) |
| v. | |
| PETER AN PHUONG NGO NGUYEN AND MY THI UONG, INDIVIDUALLY AND AS OFFICERS, DIRECTORS, SHAREHOLDERS AND/OR PRINCIPALS OF CLOUD 9 RESTAURANT INC., dba CLOUD 9 RESTAURANT, AND CLOUD 9 RESTAURANT INC., dba CLOUD 9 RESTAURANT | **PROOF OF SERVICE SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) |
| DEFENDANT(S). | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (*specify documents*):

   ☑ summons ☐ first amended complaint ☐ third party complaint
   ☑ complaint ☐ second amended complaint ☐ counter claim
   ☐ alias summons ☐ third amended complaint ☐ cross claim
   ☑ other: (*specify*): CERTIFICATION AND NOTICE OF INTERESTED PARTIES; INITIAL ORDER FOLLOWIGN FILING OF COMPLAINT ASSIGNED T[O] JUDGE MATZ; CLERK'S OFFICE SERVICES PACKET; NOTICE FROM THE CLERK; ; NOTICE TO COUNSEL

2. **Person served:**
   a. ☑ Defendant (*name*): CLOUD 9 RESTAURANT INC., dba CLOUD 9 RESTAURANT
   b. ☑ Other (*specify name and title or relationship to the party/business named*):
      PETER NGUYEN AS OFFICER BY SUBSTITUTING SERVICE ON ANNIE NGUYEN - RESIDENT OF HOUSEHOLD
   c. ☑ Address where papers were served:
      12531 LEROY AVENUE, GARDEN GROVE, CA 92841

3. **Manner of Service** in compliance with (one box **must** be checked):
   a. ☐ Federal Rules of Civil Procedure
   b. ☑ California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. ☐ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ Papers were served on (*date*): _____ at (*time*): _____.
   b. ☑ By **Substituted service**. By leaving copies:
      1. ☑ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☑ papers were served on (*date*): 6-3-2010 at (*time*): 8:35AM.
      4. ☑ by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☑ papers were mailed on (*date*): 6-3-2010.
      6. ☑ **due diligence.** I made at least three (3) attempts to personally serve the defendant. (**Attach separate declaration regarding due diligence**).
   c. ☐ **Mail and acknowledgment of service**. By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (**Attach completed Waiver of Service of Summons and Complaint**).

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10).** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☑ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by F.R.Civ.P. 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

      Name of person served:

      Title of person served:

      Date and time of service: (*date*): _____ at (*time*): _____.

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**
   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):
   RICHARD MARTIN
   1 Terrace Hill/P.O. Box 615
   Ellenville, NY 12428
   845-210-1262
   PSC-4703 LA

   a. ☐ Fee for service: $
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration B&P 22350(b)
   d. ☑ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

6-3-2010
Date

_/s/_ *(signature)*
Signature

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: CV10-2743 AHM (RZx)

## DECLARATION OF DILIGENCE

DIRECTV, INC., A CALIFORNIA
CORPORATION

vs.

PETER AN PHUONG NGO NGUYEN AND
MY THI UONG, INDIVIDUALLY AND
AS OFFICERS, DIRECTORS,
SHAREHOLDERS AND/OR PRINCIPALS
OF CLOUD 9 RESTAURANT INC.,
dba CLOUD 9 RESTAURANT, AND
CLOUD 9 RESTAURANT INC., dba
CLOUD 9 RESTAURANT
_____/

I, **Richard Martin**, depose and say that:

I am a Registered Process Server in the state of California.

I received the within **SUMMONS; COMPLAINT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; INITIAL ORDER FOLLOWIGN FILING OF COMPLAINT ASSIGNED TO JUDGE MATZ; CLERK'S OFFICE SERVICES PACKET; NOTICE FROM THE CLERK; ; NOTICE TO COUNSEL** on **05/06/2010** at **07:44 AM** to be served upon:

**CLOUD 9 RESTAURANT INC., dba CLOUD 9 RESTAURANT**

After a due and diligent effort, I have been unable to effect personal service upon

**CLOUD 9 RESTAURANT INC., dba CLOUD 9 RESTAURANT**

The following attempts at service were made:

5 visits to **CLOUD 9 RESTAURANT INC., dba CLOUD 9 RESTAURANT at 12531 LEROY AVENUE, GARDEN GROVE, CA 92841**:

| DATE & TIME | REMARKS: |
|---|---|
| 05/25/2010-09:30 AM | DEFENDANT NA – SPOKE TO AN ASIAN MALE AS HE WAS LEAVING THE PROPERTY. HE STATED THAT PETER NGUYEN WAS INSIDE THE RESIDENCE AT THE TIME OF ATTEMPT. AT THIS POINT, THE GENTLEMAN LEFT THE RESIDENCE IN HIS CAR. I KNOCKED ON THE DOOR, AND A FEMALE NAMED ANNIE ANSWERED THE DOOR AND STATED THAT PETER NGUYEN WAS ALREADY GONE FOR THE DAY AND WAS NOT SLEEPING INSIDE. |
| 05/26/2010-08:55 AM | DEFENDANT NA – SPOKE WITH AN ASIAN FEMALE STATING THAT THE DEFENDANT IS NOT IN AT TIME OF ATTEMPT AND WOULD NOT STATE WHEN THE DEFENDANT WILL BE BACK. |
| 05/27/2010-07:45 PM | DEFENDANT NA – NO ANSWER AT DOOR AT TIME OF ATTEMPT. SOUNDS COMING FROM INSIDE THE RESIDENCE, MULTIPLE VEHICLES IN DRIVEWAY AT TIME OF ATTEMPT, BUT NO ANSWER AFTER REPEATED KNOCKING. |
| 05/29/2010-12:15 PM | DEFENDANT NA – NO ANSWER AT DOOR AT TIME OF ATTEMPT. SEVERAL VEHICLES IN THE DRIVEWAY AND IN FRONT OF THE HOUSE, BUT NO RESPONSE. |
| 06/03/2010-08:35 AM | DEFENDANT NA – PERFORMED SUBSTITUTED SERVICE ON DEFENDANT, PETER AN PHUONG NGO NGUYEN, INDIVIDUALLY AND AS OFFICER, DIRECTOR, SHAREHOLDER AND/OR PRINCIPAL OF CLOUD 9 RESTAURANT INC., dba CLOUD 9 RESTAURANT AND CLOUD 9 RESTAURANT INC., DBA CLOUD 9 RESTAURANT BY SERVING PETER NGUYEN AS OFFICER OF THE COMPANY BY SUBSTITUTED SERVICE SERVING ANNIE NGUYEN – RESIDENT OF HOUSEHOLD OVER THE AGE OF 18 AFTER INFORMING HER OF THE GENERAL NATURE OF THE DOCUMENTS |

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

x _/M 6-3-10_
Richard Martin - PSC - 4703
MOUNTAIN SUPPORT SERVICES, INC.
1 TERRACE HILL
ELLENVILLE, NY   12428
845-210-1262
Our File# 14508

Yasha Bronshteyn, Esq.
Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
SBN: 210248

ORIGINAL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Directv, Inc., a California corporation,<br><br>PLAINTIFF(S)<br>v.<br><br>PETER AN PHUONG NGO NGUYEN and MY THI UONG, Individually, and as officers, directors, shareholders and/or principals of CLOUD 9 RESTAURANT INC., d/b/a CLOUD 9 RESTAURANT, and CLOUD 9 RESTAURANT INC., d/b/a CLOUD 9 RESTAURANT,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV10-2743 AHM (RZx)<br><br>SUMMONS |

TO: DEFENDANT(S): Please see attached

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Lonstein Law Office, P.C._____, whose address is _1 Terrace Hill, P.O. Box 351, Ellenville, NY  12428_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __April 15, 2010__    By: _____
                                    Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

SUMMONS

Yasha Bronshteyn, Esq.
Ginzburg & Bronshteyn, LLP
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
SBN: 210248

Wayne D. Lonstein, Esq.
Lonstein Law Office, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, NY 12428
Tel. (845) 647-8500
Fax (845) 647-6277
Email: Wayne@signallaw.com

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

---

DIRECTV, Inc., a California corporation,

    Plaintiff,

  v.

PETER AN PHUONG NGO NGUYEN and MY THI UONG, Individually, and as officers, directors, shareholders and/or principals of CLOUD 9 RESTAURANT INC., d/b/a CLOUD 9 RESTAURANT, and CLOUD 9 RESTAURANT INC., d/b/a CLOUD 9 RESTAURANT,

    Defendants.

---

**ATTACHMENT TO SUMMONS**

Civil Action No.

**SUMMONS ATTACHMENT LIST**
**PLAINTIFF, DIRECTV, INC.**
**EVENT: April 18, 2009, UFC #97**
**OUR FILE NO.: DTV09-6CA-C01V**

PETER AN PHUONG NGO NGUYEN and MY THI UONG, Individually, and as officers, directors, shareholders and/or principals of CLOUD 9 RESTAURANT INC., d/b/a CLOUD 9 RESTAURANT, and CLOUD 9 RESTAURANT INC., d/b/a CLOUD 9 RESTAURANT
**16537-16539 Brookhurst Street**
**Fountain Valley, CA  92708**            *Orange County*
**Our File No. DTV09-6CA-C01V**